FILED
2008 MAY 14 PM 3:00

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LEVLAD, INC.,<br><br>    Defendant. | CR 08 - **CR08-00577**<br><br>I N D I C T M E N T<br><br>[42 U.S.C. § 6928(d)(2)(A): Storage of Hazardous Waste without a Permit; 18 U.S.C. § 2(b): Causing an Act to be Done] |

The Grand Jury charges:

### INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

<u>Defendant</u>

1. Defendant LEVLAD, INC., operated a cosmetic products manufacturing facility located at 9200 Mason Avenue, Chatsworth, California. Defendant used hazardous substances, including alcohol and ethanol solutions, to blend and manufacture cosmetic products. As a part of its operations, defendant generated wastes, including ignitable wastes.

JOJ:jo

## The Resource Conservation and Recovery Act

2. The Resource Conservation and Recovery Act (hereinafter "RCRA"), Title 42, United States Code, Section 6901 et seq., was enacted by Congress to require safe management of hazardous waste from "cradle to grave," including during the generation, transportation, treatment, storage, and ultimate disposal of such waste.

3. Regulations promulgated under RCRA identify and list solid wastes that meet the definition of "hazardous." Wastes may be deemed "hazardous" under RCRA for a number of reasons, including whether they are ignitible (flammable), toxic, corrosive, or explosive, or whether they are specifically listed as a hazardous waste in the regulations (known as "listed" hazardous waste). Under RCRA, substances having a flashpoint less than or equal to 140 degrees Fahrenheit are considered "ignitible" hazardous wastes.

4. RCRA prohibits the storage of hazardous waste without a permit. The United States Environmental Protection Agency ("US EPA") and authorized states, including California, can issue RCRA permits. The California Department of Toxic Substances Control ("DTSC") issues and enforces RCRA permits in California.

5. These Introductory Allegations are hereby re-alleged and incorporated by reference into Count One of this Indictment.

## COUNT ONE

[42 U.S.C. § 6928(d)(2)(A); 18 U.S.C. § 2(b)]

On or about May 16, 2003, in Los Angeles County, within the Central District of California, defendant LEVLAD, INC. did knowingly cause the storage of hazardous wastes, namely, ignitible wastes having flashpoints less than or equal to 140 degrees Fahrenheit, at a facility on the premises of 1153 South Eastern Avenue, Los Angeles, California, without a permit as required by the Resource Conservation and Recovery Act.

A TRUE BILL

/s/
_____
Foreperson

THOMAS P. O'BRIEN
United States Attorney

*Christine C. Ewell* (signature)

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division


JOSEPH O. JOHNS
Assistant United States Attorney
Chief, Environmental Crimes Section

3