# Memorandum

**CR08-00577**

Subj: UNITED STATES v. LEVLAD, INC.

Date: 5/14/08

To: SHERRI R. CARTER
Clerk, United States District Court
Central District of California

From: JOSEPH O. JOHNS
Assistant United States Attorney
Criminal Division

2008 MAY 14 PM 3:10

The accompanying matter being filed on ,

____ relates to    ✓ does not relate to

(1) a matter pending in the Criminal Division of the USAO at any time between October 2002 and October 5, 2003, the dates during which Jacqueline Chooljian was Chief of the Criminal Division in the USAO; (2) a matter pending in the Major Frauds Section of the USAO at any time between October 5, 2003 and January 6, 2006, the date on which Jacqueline Chooljian resigned her appointment in the USAO; or (3) a matter in which Jacqueline Chooljian was personally involved or on which she was personally consulted while employed in the USAO.

____ relates to    ✓ does not relate to

a matter in which Patrick J. Walsh was personally involved or on which he was personally consulted while employed in the USAO.

____ relates to    ✓ does not relate to

(1) a matter pending in the Major Frauds Section of the USAO on or before June 30, 2001, the date on which Jennifer T. Lum resigned her appointment in that office; or (2) a matter in which Jennifer T. Lum was personally involved or on which she was personally consulted while employed in the USAO.

____ relates to    ✓ does not relate to

(1) a matter pending in the Narcotics Section of the USAO on or before April 20, 1999, the date on which Jeffrey W. Johnson resigned his appointment in that office; or (2) a matter in which Jeffrey W. Johnson was personally involved or on which he was personally consulted while employed in the USAO.

JOSEPH O. JOHNS
Assistant United States Attorney