THOMAS P. O'BRIEN
United States Attorney
JOSEPH O. JOHNS
joseph.johns@usdoj.gove
Assistant United States Attorney
  Chief, Environmental Crimes Section
1300 United States Courthouse
312 N. Spring Street
Los Angeles, CA 90012
Telephone: (213) 894-4536
Facsimile: (213) 534-4300

Attorneys for Plaintiff
UNITED STATES OF AMERICA

JAMES R. ASPERGER (S.B.#83188)
jasperger@omm.com
MICHAEL C. CAMUNEZ (S.B.#199362)
mcamunez@omm.com
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendant
Levlad LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 08-577 |
| Plaintiff, | **Stipulation and [Proposed] Order To Continue Post-Indictment Arraignment** |
| v. | |
| Levlad LLC, | Hearing Date: June 16, 2008 |
| Defendant. | Time: 8:30 a.m. |
| | Place: PIA Duty Judge |

WHEREAS, Defendant Levlad LLC has been summoned to appear before

the Honorable Duty Judge on June 16, 2008, at 8:30 a.m. for a Post-Indictment

Arraignment ("PIA") in connection with the above-captioned matter;

WHEREAS, the parties have met and conferred and have agreed to a continuance of the PIA to Monday, July 28, 2008, at 9:00 a.m. or such other time as the Court may order;

NOW THEREFORE, the parties, by and through their respective attorneys of record, hereby stipulate as follows:

1. The PIA currently scheduled to take place on June 16, 2008, will now take place on July 28, 2008, at 9:00 a.m. or at such other time as the Court may order.

Dated: June 10, 2008

O'MELVENY & MYERS LLP

By _____
Michael C. Camuñez
Attorneys for Levlad LLC

Dated: June 10, 2008

UNITED STATES ATTORNEY'S OFFICE
FOR THE CENTRAL DISTRICT OF
CALIFORNIA

By _____
Assistant United States Attorney
Joseph O. Johns
Attorney for Plaintiff
UNITED STATES OF AMERICA

LA2:862959.2