1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   JOSEPH O. JOHNS (No. 144524)
4  Assistant United States Attorney
   Chief, Environmental Crimes Section
5       1300 U.S. Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-4536
7       Email: joseph.johns@usdoj.gov

8  Attorneys for Plaintiff
   United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR No. 08-577 |
| Plaintiff, | ) <u>GOVERNMENT'S EX PARTE</u> <u>APPLICATION TO DISMISS</u> |
| v. | ) <u>INDICTMENT WITHOUT PREJUDICE</u> ) <u>PURSUANT TO NON-PROSECUTION</u> |
| LEVLAD, INC., | ) <u>AGREEMENT</u> |
| Defendant. | ) |

Plaintiff United States of America, by and through its counsel of record, respectfully submits an <u>ex parte</u> application requesting that the indictment against defendant LEVLAD, INC. be dismissed without prejudice. This request is based upon the following:

1. LEVLAD, INC. has been charged in the matter of <u>United States v. Levlad, Inc.</u>, Case No. CR-08-577, with a single felony count of knowingly causing the illegal storage of hazardous waste at a facility without a permit, in violation of 42 U.S.C. §

6928(d). The parties have entered into a Non-prosecution Agreement ("NPA") that includes dismissal of this criminal matter without prejudice. In the event that LEVLAD, INC. fails to comply with the terms and conditions of the NPA, it is the understanding of the parties that the Government will re-institute the criminal charges in this matter. In order to preserve the Government's ability to do so, LEVLAD, INC. has agreed in a separate agreement to toll the applicable statute of limitations for the presently charged violation of 42 U.S.C. § 6928(d).

On this basis, the government respectfully requests that the matter of <u>United States v. Levlad, Inc.</u>, Case No. CR-08-577, be dismissed without prejudice in lieu of the parties execution of an NPA.

DATED: October 18, 2008

Respectfully submitted,

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

/S/
JOSEPH O. JOHNS
Assistant U.S. Attorney
Chief, Environmental Crimes Section